**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## No. 19-7045

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

THOMAS DUCKETT,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., Senior District Judge.  (8:13-cr-00264-HMH-1)

Submitted:  November 21, 2019          Decided:  November 26, 2019

Before KEENAN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Duckett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Duckett appeals the district court's order denying his motion for a sentence reduction pursuant to the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222. Duckett argued that he was entitled to a reduction because he was no longer subject to an enhanced sentence under 21 U.S.C. § 851 (2012). However, Duckett's sentence was not enhanced pursuant to 21 U.S.C. § 851. Accordingly, we affirm the district court's denial of relief.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Duckett raises a challenge to his conviction for the first time on appeal. We decline to address the claim because it is not properly before us. *See In re Under Seal*, 749 F.3d 276, 285 (4th Cir. 2014).

2